| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>*FOR THE CALENDAR YEAR 2011* | *Report Required by the Ethics* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BARKER, SARAH E. | 2. Court or Organization<br>**US District Court**<br>**Indiana Southern District** | 3. Date of Report<br>**05/11/2012** |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE ARTICLE III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>**01/01/2011 TO**<br><br>**12/31/2011** |

| 7. Chambers or Office Address<br><br>46 EAST OHIO STREET, ROOM 210,  INDIANAPOLIS, IN 46204 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Sign on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION** (Please see note at Part VIII) | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director 2001-2012, Immediate-Past President, as of 5/2010 | Federal Judges Association |
| 2. Board of Advisors, 1989-2012 | Indiana University--Purdue University at Indianapolis |
| 3. Director 1996-2012 | IU Health (nonprofit). Formerly Methodist Health Group; formerly  Clarian Health Partners. |
| 4. Director 2010-2012 ** (Please see note at Part VIII) | Spencer Williams Foundation |
| 5. Director 2003-2012 | Indiana Historical Society |
| 6. Board of Advisors 2005-2011 | Spirit and Place, Community Festival |
| 7. Indiana Bi-Centennial Commission, 2011-2012 | State of Indiana, Office of the Lt. Governor |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | IU Health Morgan Hospital -- Nonemployee compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | 04/12-14/2011 | Washington, DC | Executive Comm/Board mtg | Air, lodging, and meals |
| 2. Federal Judges Association | 09/14-15/2011 | Washington, DC | Congressional reception | Air, lodging, and meals |
| 3. George Mason Univ. & Law Ctr. | 11/13-15/2011 | Arlington, VA | Civil Justice Symposium | Air, lodging, and meals |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Indianapolis Post Office Credit Union, Account | B | Interest | L | T | | | | | |
| 2. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 3. EuroPacific Growth Fund, American Funds (Mutual Fund) (IRA #1) | A | Dividend | K | T | | | | | |
| 4. BlackRock Global Allocation Fund, Inc., (Mutual Fund) (IRA #1) | B | Dividend | L | T | | | | | |
| 5. FIA Card Services NA RASP (IRA #1, cash eq) (formerly Merrill Lynch Retirement Reserves) | A | Interest | J | T | | | | | *** (Please see note at Part VIII) |
| 6. CISCO Systems, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 7. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 8. Hartford Whole Life | | None | J | T | | | | | |
| 9. Franklin Templeton Founding Funds (FFACX) (Mutual Fund) | B | Dividend | K | T | | | | | |
| 10. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 11. Ivy Global Natural Resources A (Mutual Fund) (IRA #2) | | None | J | T | | | | | |
| 12. Ivy International Core Equity A (Mutual Fund) (IRA #2) | B | Dividend | K | T | | | | | |
| 13. Waddell & Reed Advisors Core Investment A (Mutual Fund) (IRA #2) | A | Dividend | K | T | | | | | |
| 14. Waddell & Reed Advisors Science/ Technology A (Mutual Fund) (IRA #2) | B | Dividend | J | T | | | | | |
| 15. Waddell & Reed Advisors High Income A (Mutual Fund) (IRA #2) | B | Dividend | K | T | | | | | |
| 16. Ivy Real Estate Securities A (Mutual Fund) (IRA #2) | A | Dividend | J | T | | | | | |
| 17. Waddell & Reed Advisors Small Cap A (Mutual Fund) (IRA #2) | B | Dividend | K | T | Sold (Part) | 02/17/11 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waddell & Reed Advisors Asset Strategy A (Mutual Fund) (IRA #2) | A | Dividend | K | T | | | | | |
| 19. Waddell & Reed Advisors Government Securities A (Mutual Fund) (IRA #2) | A | Dividend | | | Sold | 02/17/11 | K | | |
| 20. Waddell & Reed Advisors New Concepts A (Mutual Fund) (IRA #2) | B | Dividend | J | T | Buy | 02/17/11 | J | | |
| 21. Ivy Limited-Term Bond A (Mutual Fund) (IRA #2) | A | Dividend | K | T | Buy | 02/17/11 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

***Part I Positions(1-5, 7):*** *The positions listed include the positions held for calendar year 2011 plus those held through*

*May 2012. In Financial Disclosures submitted in previous years, the positions were listed for the full calendar year (twelve*

*months total); however, in those past reports, including the 2010 Financial Disclosure, the reporting year was excluded.*

*Henceforth, the report will document positions for the full seventeen months.*

***Part I Positions(4):*** *The Spencer Williams Foundation Directorship, an* ex-officio *position related to responsibilities as President*

*of the Federal Judges Association, was inadvertently omitted in the past and will be added to the Financial Discl. from now on.*

***Part VII Investments and Trusts (5):*** *"FIA Card Services NA RASP" involves an aggregated and occasionally report-*

*able, temporary accumulation of IRA cash held as reserves and/or swept into deposit accounts in Merrill Lynch-allied*

*institutions. This is in essence a cash flow phenomenon which occurs to varying degrees within IRA account #1*

*prior to dividends, etc., being automatically reinvested in the underlying holdings, which themselves produced*

*the dividends. Such underlying holdings are disclosed fully elsewhere in Section VII.*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature **s/ SARAH E. BARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544